923 N.E.2d 807 (2010)
PEOPLE State of Illinois, respondent,
v.
Deborah Russell WEAVER, petitioner.
No. 107102.
Supreme Court of Illinois.
March 24, 2010.
Petition for leave to appeal denied.
In the exercise of this Court's supervisory authority, the Appellate Court, Fourth District, is directed to vacate its order in People v. Weaver, case No. 4-07-0213 (08/13/08). The appellate court is instructed to reconsider its decision in light of People v. Morris, ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___ (2010), to determine *808 whether a different result is warranted.